IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MINNESOTA LIFE INSURANCE COMPANY,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION 08-0702-CG-M |
| **MARY E. FINNEY, et al.,** | ) ) | |
| Defendants. | ) | |

**ORDER**

The plaintiff having advised the court that the Mobile County Probate Court issued an order approving the petition for settlement on July 27, 2009, it is **ORDERED, ADJUDGED, and DECREED** that all claims in this case are hereby **DISMISSED WITH PREJUDICE**. Any party may move for reinstatement within the next thirty (30) days should settlement not be consummated. No costs shall be taxed.

**DONE and ORDERED** this 24th day of August, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE